UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC WAYNE CALLIHAN, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:15-1965 |
| vs. | : | (JUDGE MANNION) |
| WARDEN, USP-CANAAN | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DENIED**.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 29, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1965-01-order.wpd